

National Benefit and Pension Funds
Greater New York Benefit and Pension Funds
Home Care Employees Benefit and Pension Funds
Home Health Aide Benefit Fund

330 West 42nd Street • 27th Floor
Finance Dept. • New York, NY 10036-6977
(646) 473-6460 Phone • (646) 473-6475 Fax • www.1199nbf.org

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Lowell Peterson | FROM: Anthony Petrella |
| COMPANY: | DATE: June 8, 2007 |
| FAX NUMBER 212 239-1311 | TIME: ☒ AM  ☐ PM |
| PHONE NUMBER 212 763-7019 | TOTAL NO. OF PAGES INCLUDING COVER: 6 |

RE: (41054) Wanaque Center audit

## CONFIDENTIAL HEALTH INFORMATION ENCLOSED

Health care information is personal and sensitive information and, if such information is being faxed to you, it is after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

**Comments:**   Attached is a copy of the Wanaque audit from 01/01/03-12/31/05.

## CONFIDENTIAL COMMUNICATION

Important warning: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this message by error, please notify us immediately and destroy the related message.



FILE COPY

**1199SEIU Benefit and Pension Funds**

National Benefit Fund • (646) 473-9200 | Pension Fund • (646) 473 8600
Greater New York Benefit Fund • (212) 541-9150 | Pension Fund • (646) 473-8666
Home Care Employees Benefit and Pension Funds • (646) 473 9200
Home Health Aide Benefit Fund • (646) 473 7470

330 WEST 42ND STREET   NEW YORK, NY 10036-6977   WWW.1199NBF.ORG

Via: EXPRESS MAIL

March 27, 2007

Mr. Patrick McCorristin, Corp. Controller
The Wanaque Center (41054)
c/o Seniors Management
1114 Wynwood Avenue
Cherry Hill, New Jersey 08002

Re: Audit – 1199 Health & Benefits Fund        01/01/03-12/31/05
    1199 Education Fund                        01/01/03-12/31/05
    1115 Legal Services and Benefit Fund       01/01/03-12/31/05

Dear Mr. McCorristin,

Enclosed herewith, please find a photo staticcopy of the completed audit for The Wanaque Center, which was completed on March 23, 2007. Below you will find a statement of position, which indicates the total monies due the appropriate Funds as of the date of this letter:

|  |  | Benefit | Education | Legal | Total |
|---|---|---|---|---|---|
| Current Audit Del. | 01/01/03-12/31/05 | $225.80 | ($71.10) | $0.00 | $154.71 |
| Current Audit Def. | 01/01/03-12/31/05 | $16,022.85 | $517.38 | $0.00 | $16,540.23 |
| TOTAL DUE: | 01/01/03-12/31/05 | $16,248.65 | $446.28 | $0.00 | $16,694.93 |
| Less: Del. Adj. | 01/01/03-12/31/05 | $0.00 | $0.00 | $0.00 | $0.00 |
| Less: Def. Adj | 01/01/03-12/31/05 | ($7,340.32) | ($246.05) | $0.00 | ($7,586.37) |
| Current Audit Del. | 01/01/03-12/31/05 | $225.80 | ($71.10) | $0.00 | $154.71 |
| Current Audit Def. | 01/01/03-12/31/05 | $8,682.53 | $271.33 | $0.00 | $8,953.86 |
| TOTAL DUE: | 01/01/03-12/31/05 | $8,908.33 | $200.33 | $0.00 | $9,108.56 |
| Add: Interest |  | $901.13 | $15.97 | $0.00 | $917.10 |
| **TOTAL AMOUNT DUE:** |  | **$9,809.46** | **$216.20** | **$0.00** | **$10,025.66** |

Please note that included in the statement of delinquencies due to the Funds, is a demand for payment for Interest amounting to $917.10 due to the loss of income incurred on all outstanding monies due to the Funds.

Please review the audit immediately. Should you have any questions, please contact the undersigned at: (646) 473-6460. Your failure to remit all outstanding monies due the Funds within fifteen (15) days of the date of this letter will cause this office to begin immediate proceedings to collect.

Sincerely,

*Anthony Petrella*
Anthony Petrella, Controller
Finance Department

CC: Evelyn Franzino

Although these Funds are jointly administered, benefits are subject to each Fund's Summary Plan Description (SPD) and the discretion of the Trustees of that Fund

# GREATER NURSING HOME DIVISION
## AUDIT SUMMARY REPORT

| | |
|---|---|
| NAME | THE WANAQUE CENTER (41054) |
| ADDRESS | c/o Seniors Management<br>1114 Wynwood Avenue |
| TYPE OF CONTRACT | 1199 |
| AUDIT OR REVIEW | AUDIT |
| OFFICE CONTACT | Donna DeFalco, Dir. Human Resources (973) 839-2119 |
| TYPE OF PAYROLL | In house computer system |
| AUDIT PERIOD | 1/1/03-12/31/05 |
| BARGAINING UNIT | BLUE COLLAR, LPN'S, ETC... |

| DEFFICIENCY OR ADJUSTMENTS | | WELFARE | EDUCATION | LEGAL | TOTAL |
|---|---|---|---|---|---|
| TOTAL DUE | 1/1/03-12/31/03 | 68.12 | 0.00 | 0.00 | 68.12 |
| TOTAL DUE | 1/1/04-12/31/04 | (50.41) | (33.76) | 0.00 | (84.17) |
| TOTAL DUE | 1/1/05-12/31/05 | 8,890.63 | 233.99 | 0.00 | 9,124.61 |
| TOTAL DUE | 1/1/03-12/31/05 | 8,908.33 | 200.23 | 0.00 | 9,108.56 |

### REASONS FOR DEFICIENCY OR ADJUSTMENT

| | |
|---|---|
| Sch C differences | 154.71 |
| Unreported weeks/month for employees working within the "Bargaining Unit" (See attached Sch's B) | 7,586.37 |
| Unreported w/e 12/31/05 | 8,953.86 |
| Reverse employees reported and/or not subject to benefit contributions | (7,586.37) |
| Total... | 9,108.56 |

Note: Effective 12/01/02 Welfare contributions to 1199 NBF @ 12.00 % of Gross Wages

### STATEMENT OF POSITION

| | | WELFARE | EDUCATION | LEGAL | TOTAL |
|---|---|---|---|---|---|
| | | 8,908.33 | 200.23 | 0.00 | 9,108.56 |
| TOTAL DUE | 1/1/03-12/31/05 | 8,908.33 | 200.23 | 0.00 | 9,108.56 |

| | | | |
|---|---|---|---|
| AUDITOR'S NAME | LUIS P. GARAY | DATE COMPLETED | March 23, 2007 |

THE WANAQUE CENTER (41054)
c/o Seniors Management
1114 Wynwood Avenue

SCHEDULE A
SUMMARY OF AMOUNTS DUE
1/1/03-12/31/05

| | | | WELFARE | EDUCATION | LEGAL | TOTAL |
|---|---|---|---:|---:|---:|---:|
| DELINQUENCY | 1/1/03-12/31/03 | SCH C | 68.12 | - | - | 68.12 |
| DEFFICIENCY | 1/1/03-12/31/03 | SCH B | 1,599.84 | 66.66 | - | 1,666.50 |
| DEFICIENCY | 1/1/03-12/31/03 | SCH B-1 | - | - | - | - |
| ADJUSTMENTS | 1/1/03-12/31/03 | | (1,599.84) | (66.66) | - | (1,666.50) |
| TOTAL DUE | 1/1/03-12/31/03 | | 68.12 | - | - | 68.12 |
| DELINQUENCY | 1/1/04-12/31/04 | SCH C | (50.41) | (33.76) | - | (84.17) |
| DEFFICIENCY | 1/1/04-12/31/04 | SCH B | 2,779.36 | 86.86 | - | 2,866.22 |
| DEFICIENCY | 1/1/04-12/31/04 | SCH B-1 | - | - | - | - |
| ADJUSTMENTS | 1/1/04-12/31/04 | | (2,779.36) | (86.86) | - | (2,866.22) |
| TOTAL DUE | 1/1/04-12/31/04 | | (50.41) | (33.76) | - | (84.17) |
| DELINQUENCY | 1/1/05-12/31/05 | SCH C | 208.10 | (37.34) | - | 170.76 |
| DEFFICIENCY | 1/1/05-12/31/05 | SCH B | 2,961.12 | 92.54 | - | 3,053.66 |
| DEFICIENCY | w/e 12/31/05 | SCH B-1 | 8,682.53 | 271.33 | - | 8,953.86 |
| ADJUSTMENTS | 1/1/05-12/31/05 | | (2,961.12) | (92.54) | - | (3,053.66) |
| TOTAL DUE | 1/1/05-12/31/05 | | 8,890.63 | 233.99 | - | 9,124.61 |
| **COMBINED AMOUNTS DUE** | | | | | | |
| DELINQUENCY | 1/1/03-12/31/05 | SCH C | 225.80 | (71.10) | - | 154.71 |
| DEFFICIENCY | 1/1/03-12/31/05 | SCH B | 7,340.32 | 246.05 | - | 7,586.37 |
| DEFICIENCY | w/e 12/31/05 | SCH B-1 | 8,682.53 | 271.33 | - | 8,953.86 |
| ADJUSTMENTS | 1/1/03-12/31/05 | | (7,340.32) | (246.05) | - | (7,586.37) |
| TOTAL DUE | 1/1/03-12/31/05 | | 8,908.33 | 200.23 | - | 9,108.56 |

| THE WANAQUE CENTER (41054) | | | SCH B-1 | | |
|---|---|---|---|---|---|
| c/o Seniors Management | | | UNREPORTED WAGES | | |
| 1114 Wynwood Avenue | | | W/E 12/31/05 | | |
| Dept # | Reg | Vac | Hol | Sick | |
| 13.8 Hrs | 240.00 | 45.00 | 38.00 | 7.50 | |
| Wgs. | 2,050.50 | 489.60 | 338.28 | 65.03 | |
| 205 Hrs | 2,655.00 | 15.00 | 277.50 | 22.50 | |
| Wgs. | 27,014.96 | 152.40 | 2,853.73 | 233.83 | |
| 60 Hrs | 1,571.75 | 127.50 | 285.00 | 41.25 | |
| Wgs. | 16,385.83 | 1,310.41 | 2,946.50 | 424.74 | |
| | 4,466.75 | 187.50 | 600.50 | 71.25 | 5,326.00 |
| | 45,451.29 | 1,952.41 | 6,138.51 | 723.60 | 54,265.81 |
| | | Wel. Contr. Rate | | | 16% |
| | | Wel. Liab (W/E 12/31/05) | | | 8,682.53 |
| | | Ed. Contr. Rate | | | 0.50% |
| | | Ed. Liab. (W/E 12/31/05) | | | 271.33 |
| See Attachments | | | | | |

THE WANAQUE CENTER (41054)  
c/o Seniors Management  
1114 Wynwood Avenue  

INTEREST CALCULATION WORSHEET  
1/1/03-12/31/05  
INTEREST CALCULATION WORSHEET 12 % Simple Compound

| Audit Period | Interest on | FUND | LIABILITY | Interest | WELF INT | Education INT | LEGAL INT | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1/1/03-12/31/03 | 1/1/04-10/31/06 | welfare | 88.12 | 23.16 | 23.16 | | | 23.16 |
| | | Ed. | - | - | | 0.00 | | 0.00 |
| | | Legal | - | - | | | 0.00 | 0.00 |
| 1/1/04-12/31/04 | 1/1/05-10/31/06 | welfare | -50.41 | (11.09) | -11.09 | | | -11.09 |
| | | Ed. | -33.76 | (7.43) | | -7.43 | | -7.43 |
| | | Legal | 0.00 | - | | | 0.00 | 0.00 |
| 1/1/05-12/31/05 | 1/1/06-10/31/06 | welfare | 8,890.63 | 889.06 | 889.06 | | | 889.06 |
| | | Ed. | 233.99 | 23.40 | | 23.40 | | 23.40 |
| | | Legal | 0.00 | - | | | 0.00 | 0.00 |
| | | Total... | 9,108.56 | | 901.13 | 15.97 | 0.00 | 917.10 |