Rakoff, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES OF THE 1199 SEIU GREATER NEW YORK BENEFIT FUND and BOARD OF TRUSTEES OF THE 1199 SEIU GREATER NEW YORK EDUCATION FUND,

                                      Plaintiff,

- against -

THE WANAQUE CENTER,

                                     Defendant.

**STIPULATION**

Case No.: 07 CV 5624

Judge Assigned: Jed S. Rakoff

**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, Plaintiff, BOARD OF TRUSTEES OF THE 1199 SEIU GREATER NEW YORK BENEFIT FUND and BOARD OF TRUSTEES OF THE 1199 SEIU GREATER NEW YORK EDUCATION FUND, and Defendant THE WANAQUE CENTER hereby agree that the above-captioned matter be dismissed in its entirety.

Dated:   New York, New York
            June 27, 2007

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By: Lowell Peterson, Esq. (LP5405)
1350 Broadway, Suite 501
New York, New York 10018
(212) 239-4999

Attorneys for Plaintiff

SENIORS MANAGEMENT NORTH

By: Jonathan Levitan
1114 Wynwood Avenue
Cherry Hill, NJ 08002
(856) 663-4044

Attorneys for Defendant

SO ORDERED

_____
U.S.D.J.
7-5-07

87092

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-07